UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA BURTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHILD WELFARE SERVICES, a Sutter County Public Agency; BRANDON MCLAUGHLIN, an individual; CHRISTINA LEWIS, an individual; AND DOES 1 – 20,<br><br>　　　　　Defendants. | CASE NO.: 2:24-cv-02000-DMC<br><br>**ORDER ON DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>[E.D. Cal. L.R. 144(c)] |

GOOD CAUSE BEING SHOWN based on counsel's declaration indicating the need for additional time to obtain relevant records, Defendants' request for an extension of time to file their responsive pleading to Plaintiff Marissa Burton's Complaint up to and including August 23, 2024, ECF No. 3, is granted.

Dated: July 31, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

[PROPOSED] ORDER ON DEF'S EX PARTE REQUEST FOR EOT TO FILE RESPONSIVE PLEADING
Case No. 2:24-cv-02000-DMC

1