IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA BURTON,<br><br>              Plaintiff,<br><br>       v.<br><br>CHILD WELFARE SERVICES, et al.,<br><br>              Defendants. | No.  2:24-CV-2000-KJM-DMC<br><br><br>ORDER |

   Plaintiff, who is proceeding with retained counsel, brings this civil action.  On referral from the assigned District Judge, the matter is set for an initial status/scheduling conference before the undersigned on September 18, 2024, at 10:00 a.m., via Zoom.  On or before September 11, 2024, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

   IT IS SO ORDERED.

Dated:  August 16, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1